## Commonwealth of Pennsylvania *v.* Robert J. Lutz, Appellant.

Submitted April 25, 1898. Appeal, No. 139, April T., 1898, from decree of C. P. Allegheny Co., refusing appeal from judgment of alderman. Before RICE, P. J., WICKHAM, REEDER, ORLADY, SMITH and PORTER, JJ. Affirmed.

The proceeding in this case being identical with that of Com. v. Hendley, ante, p. 356, and the same questions being involved, it was agreed by counsel that they be submitted on the same paperbook prepared in that case and that same disposition be made thereof as in that case.

OPINION BY WICKHAM, J., May 17, 1898:

For the reasons set forth in Commonwealth for use v. Hendley, No. 138, April term, 1898, the decision wherein has this day been handed down, the order of the court below, in this case, is affirmed at appellant's cost.